

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-23-00285-CR |
| EX PARTE: | § | Appeal from the |
| WILMER RAMOS-MORALES, | § | County Court |
| Appellant. | § | of Kinney County, Texas |
| | § | (TC# 10843CR) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order and remand to the trial court for it to grant the writ, address any bond issue as necessary, and dismiss with prejudice the misdemeanor criminal trespass charge against Ramos-Morales. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF DECEMBER 2023.


LISA J. SOTO, Justice

Before, Palafox, and Soto, JJ., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment